## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMES R HENSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  3:10-cv-00795-JPG-PMF** |
| | ) | |
| **JEREMY KENNON,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case is before the Court for case management.  In its initial screening Order on May 18, 2011, the Court dismissed Counts 3 and 4 of the four-count complaint, and ordered that the plaintiff file an amended complaint that included Count 1 and corrected the stated deficiencies in Count 2 within 35 days (on or before June 24, 2011). *See* Doc. 14.  The plaintiff was advised that failure to file the amended complaint by that date, or failure to credibly allege any detriment to the plaintiff's ability to prosecute a meritorious legal claim, would result in dismissal of the claim in Count 2 pursuant to Federal Rule of Civil Procedure 41(b). *Id*.  As of the date of this Report and Recommendation, the plaintiff has failed to file an amended complaint.  Therefore, it is **RECOMMENDED** that Count 2 of the complaint be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

SO RECOMMENDED.

DATED: September 6, 2011.

*/s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE