IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES R. HENSON, | |
| Plaintiff, | |
| v. | Case No. 3:10-CV-00795-JPG-PMF |
| JEREMY KENNON, | |
| Defendant. | |

ORDER

This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendation ("R & R") (Doc. 27) of September 9, 2011, wherein it is recommended that Count II of Plaintiff's complaint be dismissed. Plaintiff James Henson did not object to the R & R. After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*

The Court must review *de novo* the portions of the report to which specific written objections are made. *Id.* "If no objection or only partial objection is made, the district court Judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Accordingly, because James Henson failed to object, the Court will be reviewing Judge Frazier's R & R for clear error, instead of applying a *de novo* standard of review.

After reviewing the Report and Recommendation prepared by Magistrate Judge Phillip M. Frazier, the Court finds there is no clear error.

Accordingly, the Court **ADOPTS** the R&R (Doc. 27) **in its entirety** and **DISMISSES** Count II of the complaint.

The Court directs the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**

**DATED: September 29, 2011.**

                                              s./ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**