UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES R. HENSON,

    Plaintiff,

       v.

JEREMY KENNON, JONI FISHER, PATRICIA KELLEY and BRUCE WILLIAMS,

    Defendants.

Case No. 10-cv-795-JPG-PMF

## **JUDGMENT**

This matter having come before the Court, the plaintiff having failed to prosecute, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: June 15, 2012**

NANCY J. ROSENSTENGEL, Clerk of Court

BY:s/Deborah Agans, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**